No. 03–9578.   LATSON v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.   C. A. 5th Cir.   Certiorari denied.

No. 03–9580.   BARTHMAIER v. FLORIDA.   Dist. Ct. App. Fla.,
2d Dist.   Certiorari denied.

No. 03–9584.   HALL v. CALIFORNIA.   Sup. Ct. Cal.   Certio-
rari denied.

No. 03–9585.   GALES v. KANSAS.   Ct. App. Kan.   Certiorari
denied.

No. 03–9587.   HOLMES v. ILLINOIS.   App. Ct. Ill., 4th Dist.
Certiorari denied.

No. 03–9588.   GUTIERREZ v. DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 03–9589.   TAYLOR v. CASTRO, WARDEN.   C. A. 9th Cir.
Certiorari denied.

No. 03–9590.   TORRES ET AL. v. RUNYON.   C. A. 9th Cir.   Cer-
tiorari denied.

No. 03–9594.   PERRY v. LOCKHEED MISSILES & SPACE CO.,
INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 03–9595.   ROBB v. O'KEEFE, COMMISSIONER, MINNESOTA
DEPARTMENT OF HEALTH AND HUMAN SERVICES.   C. A. 8th Cir.
Certiorari denied.

No. 03–9602.   SUTHERLIN v. DRETKE, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 03–9607.   DI NARDO ET AL. v. CIRCUIT COURT OF FLORIDA,
PALM BEACH COUNTY, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 03–9609.   REECE v. DRETKE, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-
SION.   C. A. 5th Cir.   Certiorari denied.